IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| OTIS JOE REYNOLDS, | * |
| Plaintiff, | * |
| vs. | *   No. 1:10CV00076 |
| DROP FARMS, INC.; DANNY WIGINTON; PEDRO RODRIGUEZ, AND PEDRO RODRIGUEZ, JR.; | * |
| Defendants. | * |

**Order**

Before the Court is a motion to dismiss filed by separate defendant Pedro Rodriguez, Jr. to which there has been no timely response. The motion [docket entry 5] is granted. Plaintiff's claims against defendant Pedro Rodriguez, Jr. are dismissed.

SO ORDERED this 12th day of January, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE