IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | | |
|---|---|---|
| OTIS JOE REYNOLDS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 1:10CV00076 |
| | * | |
| DROP FARMS, INC.; DANNY WIGINTON; | * | |
| PEDRO RODRIGUEZ, AND PEDRO | * | |
| RODRIGUEZ, JR.; | * | |
| | * | |
| Defendants. | * | |

**Order of Dismissal**

The Court previously dismissed plaintiff's claims against separate defendants Pedro Rodriguez, Jr., Danny Wiginton, and Pedro Rodriguez. *See* docket entries 7 and 13. The only remaining defendant is Drop Farms, Inc., who plaintiff never served.[1]

The Court therefore finds that this complaint should be and is hereby dismissed in its entirety without prejudice.

DATED this 25th day of July, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] According to Fed.R.Civ.P. 4(m), if a defendant is not served within 120 days after the complaint is filed, the court may dismiss the action without prejudice against that defendant. According to the Notice of Removal, the charter for Drop Farms, Inc., was revoked on December 31, 2009. Consequently, it is without legal standing and cannot be sued. *See* Ark. Code Ann. § 4-26-204(a)(2).